IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RAUL ALVARADO, <br><br> Defendant. | MEMORANDUM DECISION AND ORDER DENYING AS MOOT DEFENDANT'S MOTION IN LIMINE RE DEFENDANT'S CRIMINAL HISTORY <br><br><br> Case No. 2:10-CR-157 TS |

This matter is before the Court on Defendant's Motion in Limine Regarding Defendant's Criminal History. Defendant moves for an order prohibiting the government from using or introducing into evidence Defendant's criminal history. The government indicates that it does not intend to present evidence as to Defendant's criminal history at this time. However, the government reserves the right to seek the introduction of relevant criminal history, pursuant to Fed.R.Evid. 609, should Defendant "open the door."

Based on the government's representation, the Court will deny Defendant's Motion as moot at this time. If necessary, the Court will revisit the issue during trial.

1

It is therefore

ORDERED that Defendant's Motion in Limine Regarding Defendant's Criminal History (Docket No. 47) is DENIED AS MOOT.

DATED   January 19, 2011.

BY THE COURT:

_____
TED STEWART
United States District Judge