IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br><br><br> vs. <br><br><br><br> RAUL ALVARADO, <br><br> Defendant. | MEMORANDUM DECISION AND ORDER DENYING AS MOOT DEFENDANT'S MOTION IN LIMINE RE U VISA EXPERT TESTIMONY <br><br><br><br><br><br> Case No. 2:10-CR-157 TS |

This matter is before the Court on Defendant's Motion in Limine Regarding U Visa Expert Testimony. Defendant seeks an order barring the government's U Visa expert from testifying as to any details involving any alleged criminal conduct and or convictions of Defendant. The government represents that it does not intend to call a U Visa expert as a witness in this matter.

Based on the government's representation that it will not call a U Visa expert, the Court will deny Defendant's Motion as moot.

It is therefore

ORDERED that Defendant's Motion in Limine Regarding U Visa Expert Testimony (Docket No. 48) is DENIED AS MOOT.

DATED   January 19, 2011.

BY THE COURT:

_____
TED STEWART
United States District Judge